IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
DISTRICT JUDGE GORDON P GALLAGHER

Civil Action No. 25-cv-03275-GPG-KAS

DANIEL ORTIZ ROSALES,

     Petitioner,

v.

KRISTI NOEM,
  *Secretary, U.S. Department of Homeland Security*,
PAMELA BONDI,
  *U.S. Attorney General*,
TODD M. LYONS,
  *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*,
ROBERT GAUDIAN,
  *Director of the Denver Field Office, U.S. Immigration and Customs Enforcement*, and
JUAN BALTAZAR,
  *Warden, Denver Contract Detention Facility*,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 27] of District Judge Gordon P. Gallagher entered on January 12, 2026, it is

ORDERED that Daniel Ortiz Rosales's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED in part.  It is further

ORDERED that the case is closed.

Dated at Grand Junction, Colorado this 12th day of January 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ D. Clement
        Deputy Clerk